**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| RICARDO MORALES, et al., | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) No. 4:19-cv-01791-CDP |
| | ) |
| EILEEN RAMEY, | ) |
| | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of petitioners Ricardo Morales and Melvin Leroy Tyler for leave to proceed in forma pauperis on appeal. (Docket No. 9). Having reviewed the motion and the financial information submitted in support, the Court has determined that petitioners are unable to pay the filing fee. *See* 28 U.S.C. § 1915. Therefore, the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that petitioners' motion for leave to proceed in forma pauperis on appeal (Docket No. 9) is **GRANTED**.

Dated this 7th day of November, 2019.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE